# COMPOSITE EXHIBIT "A"

# APPRAISAL AWARD

Insured       : Salt Ponds Condominium
Date of loss  : 9/10/17
Claim #       : TR-186379

We, the undersigned, pursuant to our appointment, do hereby certify that we have truly and conscientiously performed the duties assigned to us, agreeably to the foregoing stipulations, and have appraised and determined and do hereby Award as the amount of the loss the following sums to wit:

| Coverage | RC Amount of Loss | ACV Amount of Loss |
|---|---|---|
| 3655 Building | $838,527.49 | $810,419.72 |
| 3655 Ordinance & Law | $6,679.27 | |
| 3635 Building | $894,615.00 | $867,563.49 |
| 3635 Ordinance & Law | $20,779.92 | |
| 3675 Building | $787,793.70 | $765,467.19 |
| 3675 Ordinance & Law | $20,779.92 | |
| Wind Driven Rain | $0 | |
| Total: | $2,569,175.30 | $2,443,450.40 |

*=Per the attached estimate, which is an integral part of this Award.

This award amends and supersedes any prior awards. Amounts awarded and payments of same are subject to reduction for amounts previously paid, any other applicable deductibles, policy limitations, and/or exclusionary provisions.

Appraiser for Insured: _Henry Rodriguez_ Date: 2/15/23

Appraiser for Insurer: _____ Date: _____

Umpire: _Stephen McMillan_ (Digitally signed by Stephen McMillan, Date: 2023.02.13 18:30:41 -05'00') Date: _____



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

| | |
|---|---|
| Insured: | Salt Ponds Condominium |
| Property: | 3635/3655/3675 Seaside Dr |
| | Key West , FL 33040 |
| Estimator: | Umpire |

| **Claim Number:** | TR-186379 | **Policy Number:** | | **Type of Loss:** | |
|---|---|---|---|---|---|
| Date of Loss: | 9/10/2017 12:00 AM | Date Received: | | | |
| Date Inspected: | | Date Entered: | 1/10/2023 8:12 PM | | |

| | |
|---|---|
| Price List: | FLKW8X_JAN23 |
| | Restoration/Service/Remodel |
| Estimate: | SALTPONDS_APP |



# Wallace Claim Consulting

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

## SALTPONDS_APP

### Buildings

### 3655 Building

### 3655 Building

### 3655 Building

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Roof repair allowance* | 1.00 EA | 75,000.00 | 2,306.25 | 15,461.26 | 92,767.51 | (0.00) | 92,767.51 |
| **Totals: Roof** | | | 2,306.25 | 15,461.26 | 92,767.51 | 0.00 | 92,767.51 |

### Windows/Sliders

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Window replacement allowance * | 36.00 EA | 2,500.00 | 2,767.50 | 18,553.50 | 111,321.00 | (9,225.00) | 102,096.00 |
| 3. Sliding patio door replacement allowance* | 18.00 EA | 8,151.63 | 4,511.93 | 30,248.24 | 181,489.51 | (15,039.77) | 166,449.74 |
| **Totals: Windows/Sliders** | | | 7,279.43 | 48,801.74 | 292,810.51 | 24,264.77 | 268,545.74 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. Stucco patch / small repair - ready for color | 54.00 EA | 295.80 | 89.06 | 3,212.46 | 19,274.72 | (0.00) | 19,274.72 |
| 5. Shutters - Detach & reset | 54.00 EA | 39.38 | 0.00 | 425.30 | 2,551.82 | (0.00) | 2,551.82 |
| 6. Exterior - paint two coats | 61,000.00 SF | 1.48 | 1,921.50 | 18,440.30 | 110,641.80 | (3,843.00) | 106,798.80 |
| 7. R&R Synthetic stucco on 1" polystyrene board | 17,000.00 SF | 14.67 | 3,633.75 | 50,604.76 | 303,628.51 | (0.00) | 303,628.51 |
| **Totals: Exterior** | | | 5,644.31 | 72,682.82 | 436,096.85 | 3,843.00 | 432,253.85 |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



# Wallace Claim Consulting

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

## CONTINUED - Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Drywall patch / small repair, ready for paint | 5.00 EA | 90.85 | 1.51 | 91.16 | 546.92 | (0.00) | 546.92 |
| 9. Window Treatments Installer - per hour | 9.00 HR | 76.12 | 0.00 | 137.02 | 822.10 | (0.00) | 822.10 |
| 10. R&R Acoustic ceiling (popcorn) texture | 500.00 SF | 1.86 | 2.63 | 186.52 | 1,119.15 | (0.00) | 1,119.15 |
| 11. Final cleaning - construction - Commercial | 500.00 SF | 0.29 | 0.00 | 29.00 | 174.00 | (0.00) | 174.00 |
| 12. Floor protection - self-adhesive plastic film | 500.00 SF | 0.79 | 5.25 | 80.06 | 480.31 | (0.00) | 480.31 |
| **Totals: Interior** | | | 9.39 | 523.76 | 3,142.48 | 0.00 | 3,142.48 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. Dumpster load - Approx. 20 yards, 4 tons of debris | 5.00 EA | 770.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| 14. Cleaning Technician - per hour | 24.00 HR | 58.36 | 0.00 | 280.12 | 1,680.76 | (0.00) | 1,680.76 |
| 15. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 16. Engineering fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 17. Commercial Supervision / Project Management - per hour | 36.00 HR | 88.18 | 0.00 | 634.90 | 3,809.38 | (0.00) | 3,809.38 |
| **Totals: General** | | | 0.00 | 2,285.02 | 13,710.14 | 0.00 | 13,710.14 |

### Ordinance & Law

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18. Code upgrage-Windows & Doors* | 1.00 EA | 5,400.00 | 166.05 | 1,113.22 | 6,679.27 | (0.00) | 6,679.27 |
| **Totals: Ordinance & Law** | | | 166.05 | 1,113.22 | 6,679.27 | 0.00 | 6,679.27 |
| **Total: 3655 Building** | | | 15,405.43 | 140,867.82 | 845,206.76 | 28,107.77 | 817,098.99 |
| **Total: 3655 Building** | | | 15,405.43 | 140,867.82 | 845,206.76 | 28,107.77 | 817,098.99 |
| **Total: 3655 Building** | | | 15,405.43 | 140,867.82 | 845,206.76 | 28,107.77 | 817,098.99 |



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Buildings** | | | | 15,405.43 | 140,867.82 | 845,206.76 | 28,107.77 | 817,098.99 |

### 3635 Building

### 3635 Building

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. Roof repair allowance* | 1.00 EA | 75,000.00 | 2,306.25 | 15,461.26 | 92,767.51 | (0.00) | 92,767.51 |
| **Totals: Roof** | | | **2,306.25** | **15,461.26** | **92,767.51** | **0.00** | **92,767.51** |

#### Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. Window replacement allowance (* | 48.00 EA | 2,500.00 | 3,690.00 | 24,738.00 | 148,428.00 | (12,300.00) | 136,128.00 |
| 21. Sliding patio door replacement allowance* | 12.00 EA | 8,151.63 | 3,007.95 | 20,165.52 | 120,993.03 | (10,026.51) | 110,966.52 |
| **Totals: Windows** | | | **6,697.95** | **44,903.52** | **269,421.03** | **22,326.51** | **247,094.52** |

#### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. Stucco patch / small repair - ready for color | 54.00 EA | 295.80 | 89.06 | 3,212.46 | 19,274.72 | (0.00) | 19,274.72 |
| 23. Shutters - Detach & reset | 60.00 EA | 39.38 | 0.00 | 472.56 | 2,835.36 | (0.00) | 2,835.36 |
| 24. Exterior - paint two coats | 75,000.00 SF | 1.48 | 2,362.50 | 22,672.50 | 136,035.00 | (4,725.00) | 131,310.00 |
| *3675 & 3655* | | | | | | | |
| 25. R&R Synthetic stucco on 1" polystyrene board | 20,000.00 SF | 14.67 | 4,275.00 | 59,535.00 | 357,210.00 | (0.00) | 357,210.00 |
| **Totals: Exterior** | | | **6,726.56** | **85,892.52** | **515,355.08** | **4,725.00** | **510,630.08** |

#### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

### CONTINUED - Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Drywall patch / small repair, ready for paint | 7.00 EA | 90.85 | 2.11 | 127.62 | 765.68 | (0.00) | 765.68 |
| 27. Window Treatments Installer - per hour | 9.00 HR | 76.12 | 0.00 | 137.02 | 822.10 | (0.00) | 822.10 |
| 28. R&R Acoustic ceiling (popcorn) texture | 500.00 SF | 1.86 | 2.63 | 186.52 | 1,119.15 | (0.00) | 1,119.15 |
| 29. Final cleaning - construction - Commercial | 500.00 SF | 0.29 | 0.00 | 29.00 | 174.00 | (0.00) | 174.00 |
| 30. Floor protection - self-adhesive plastic film | 500.00 SF | 0.79 | 5.25 | 80.06 | 480.31 | (0.00) | 480.31 |
| **Totals: Interior** | | | **9.99** | **560.22** | **3,361.24** | **0.00** | **3,361.24** |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Dumpster load - Approx. 20 yards, 4 tons of debris | 5.00 EA | 770.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| 32. Cleaning Technician - per hour | 24.00 HR | 58.36 | 0.00 | 280.12 | 1,680.76 | (0.00) | 1,680.76 |
| 33. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 34. Engineering fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 35. Commercial Supervision / Project Management - per hour | 36.00 HR | 88.18 | 0.00 | 634.90 | 3,809.38 | (0.00) | 3,809.38 |
| **Totals: General** | | | **0.00** | **2,285.02** | **13,710.14** | **0.00** | **13,710.14** |

### Ordinance & Law

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36. Code upgrage-Windows & Doors* | 1.00 EA | 16,800.00 | 516.60 | 3,463.32 | 20,779.92 | (0.00) | 20,779.92 |
| **Totals: Ordinance & Law** | | | **516.60** | **3,463.32** | **20,779.92** | **0.00** | **20,779.92** |
| **Total: 3635 Building** | | | **16,257.35** | **152,565.86** | **915,394.92** | **27,051.51** | **888,343.41** |
| **Total: 3635 Building** | | | **16,257.35** | **152,565.86** | **915,394.92** | **27,051.51** | **888,343.41** |



## Wallace Claim Consulting

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

**3675 Building**

**3675 Building**

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. Roof repair allowance* | 1.00 EA | 75,000.00 | 2,306.25 | 15,461.26 | 92,767.51 | (0.00) | 92,767.51 |
| **Totals: Roof** | | | 2,306.25 | 15,461.26 | 92,767.51 | 0.00 | 92,767.51 |

### Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38. Window replacement allowance * | 48.00 EA | 2,500.00 | 3,690.00 | 24,738.00 | 148,428.00 | (12,300.00) | 136,128.00 |
| 39. Sliding patio door replacement allowance* | 12.00 EA | 8,151.63 | 3,007.95 | 20,165.52 | 120,993.03 | (10,026.51) | 110,966.52 |
| **Totals: Windows** | | | 6,697.95 | 44,903.52 | 269,421.03 | 22,326.51 | 247,094.52 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Stucco patch / small repair - ready for color | 54.00 EA | 295.80 | 89.06 | 3,212.46 | 19,274.72 | (0.00) | 19,274.72 |
| 41. Shutters - Detach & reset | 60.00 EA | 39.38 | 0.00 | 472.56 | 2,835.36 | (0.00) | 2,835.36 |
| 42. R&R Synthetic stucco on 1" polystyrene board | 18,000.00 SF | 14.67 | 3,847.50 | 53,581.50 | 321,489.00 | (0.00) | 321,489.00 |
| **Totals: Exterior** | | | 3,936.56 | 57,266.52 | 343,599.08 | 0.00 | 343,599.08 |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Drywall patch / small repair, ready for paint | 5.00 EA | 90.85 | 1.51 | 91.16 | 546.92 | (0.00) | 546.92 |
| 44. Window Treatments Installer - per hour | 9.00 HR | 76.12 | 0.00 | 137.02 | 822.10 | (0.00) | 822.10 |
| 45. R&R Acoustic ceiling (popcorn) texture | 500.00 SF | 1.86 | 2.63 | 186.52 | 1,119.15 | (0.00) | 1,119.15 |
| 46. Final cleaning - construction - Commercial | 500.00 SF | 0.29 | 0.00 | 29.00 | 174.00 | (0.00) | 174.00 |



## Wallace Claim Consulting

Appraisal & Consulting Services  
ph: 561-714-3208  
Steve@wallaceclaimconsulting.com  
www.WallaceClaimConsulting.com

### CONTINUED - Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Floor protection - self-adhesive plastic film | 500.00 SF | 0.79 | 5.25 | 80.06 | 480.31 | (0.00) | 480.31 |
| **Totals: Interior** | | | 9.39 | 523.76 | 3,142.48 | 0.00 | 3,142.48 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48. Dumpster load - Approx. 20 yards, 4 tons of debris | 5.00 EA | 770.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| 49. Cleaning Technician - per hour | 24.00 HR | 58.36 | 0.00 | 280.12 | 1,680.76 | (0.00) | 1,680.76 |
| 50. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 51. Engineering fees (Bid Item) | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 52. Commercial Supervision / Project Management - per hour | 28.00 HR | 88.18 | 0.00 | 493.80 | 2,962.84 | (0.00) | 2,962.84 |
| 53. Scaffolding (Bid Item) | 1.00 EA | 55,000.00 | 0.00 | 11,000.00 | 66,000.00 | (0.00) | 66,000.00 |
| **Totals: General** | | | 0.00 | 13,143.92 | 78,863.60 | 0.00 | 78,863.60 |

### Ordinance & Law

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54. Code upgrage-Windows & Doors* | 1.00 EA | 16,800.00 | 516.60 | 3,463.32 | 20,779.92 | (0.00) | 20,779.92 |
| **Totals: Ordinance & Law** | | | 516.60 | 3,463.32 | 20,779.92 | 0.00 | 20,779.92 |
| **Total: 3675 Building** | | | 13,466.75 | 134,762.30 | 808,573.62 | 22,326.51 | 786,247.11 |
| **Total: 3675 Building** | | | 13,466.75 | 134,762.30 | 808,573.62 | 22,326.51 | 786,247.11 |
| **Line Item Totals: SALTPONDS_APP** | | | 45,129.53 | 428,195.98 | 2,569,175.30 | 77,485.79 | 2,491,689.51 |



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

| Coverage | Item Total | % | ACV Total | % |
|---|---:|---:|---:|---:|
| Dwelling | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Ordinance & Law | 48,239.11 | 1.88% | 48,239.11 | 1.94% |
| 3635 | 894,615.00 | 34.82% | 867,563.49 | 34.82% |
| 3655 | 838,527.49 | 32.64% | 810,419.72 | 32.52% |
| 3675 | 787,793.70 | 30.66% | 765,467.19 | 30.72% |
| Total | 2,569,175.30 | 100.00% | 2,491,689.51 | 100.00% |



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

## Summary for Ordinance & Law

| | |
|---|---:|
| Line Item Total | 39,000.00 |
| Material Sales Tax | 1,199.25 |
| Subtotal | 40,199.25 |
| Overhead | 4,019.93 |
| Profit | 4,019.93 |
| **Replacement Cost Value** | **$48,239.11** |
| **Net Claim** | **$48,239.11** |

_____
Umpire



**Wallace Claim Consulting**

Appraisal & Consulting Services  
ph: 561-714-3208  
Steve@wallaceclaimconsulting.com  
www.WallaceClaimConsulting.com

## Summary for 3635

| | |
|---|---:|
| Line Item Total | 729,771.71 |
| Material Sales Tax | 15,740.75 |
| Subtotal | 745,512.46 |
| Overhead | 74,551.27 |
| Profit | 74,551.27 |
| **Replacement Cost Value** | **$894,615.00** |
| Less Depreciation | (27,051.51) |
| **Actual Cash Value** | **$867,563.49** |
| **Net Claim** | **$867,563.49** |
| Total Recoverable Depreciation | 27,051.51 |
| **Net Claim if Depreciation is Recovered** | **$894,615.00** |

_____  
Umpire



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

## Summary for 3655

| | |
|---|---:|
| Line Item Total | 683,533.51 |
| Material Sales Tax | 15,239.38 |
| Subtotal | 698,772.89 |
| Overhead | 69,877.30 |
| Profit | 69,877.30 |
| **Replacement Cost Value** | **$838,527.49** |
| Less Depreciation | (28,107.77) |
| **Actual Cash Value** | **$810,419.72** |
| **Net Claim** | **$810,419.72** |
| Total Recoverable Depreciation | 28,107.77 |
| **Net Claim if Depreciation is Recovered** | **$838,527.49** |

_____
Umpire



**Wallace Claim Consulting**

Appraisal & Consulting Services
ph: 561-714-3208
Steve@wallaceclaimconsulting.com
www.WallaceClaimConsulting.com

**Summary for 3675**

| | |
|---|---:|
| Line Item Total | 643,544.57 |
| Material Sales Tax | 12,950.15 |
| Subtotal | 656,494.72 |
| Overhead | 65,649.49 |
| Profit | 65,649.49 |
| **Replacement Cost Value** | **$787,793.70** |
| Less Depreciation | (22,326.51) |
| **Actual Cash Value** | **$765,467.19** |
| **Net Claim** | **$765,467.19** |
| Total Recoverable Depreciation | 22,326.51 |
| **Net Claim if Depreciation is Recovered** | **$787,793.70** |

_____
Umpire