UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 20-10063-CIV-MARTINEZ

SALTPONDS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ON OMNIBUS REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Confirm Revised Appraisal Award and for the Entry of Final Judgment ("Plaintiff's Motion"), and Defendant's Motion to Modify the Appraisal Award ("Defendant's Motion"). (ECF Nos. 158, 174). Judge Becerra filed an Omnibus Report and Recommendation ("R&R"), recommending that Plaintiff's Motion be granted, and that Defendant's Motion be denied. (ECF No. 179). Defendant filed objections to the R&R, (ECF No. 182), to which Plaintiff responded, (ECF No. 185). The Court, having conducted a *de novo* review of the record and the issues presented in Defendant's Objections, agrees with Magistrate Judge Becerra that Plaintiff's Motion should be granted, and that Defendant's Motion should be denied. The Court overrules Defendant's Objections, (ECF No. 182).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

    1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 179), is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion to Confirm Revised Appraisal Award and for the Entry of Final Judgment, (ECF No. 158), is **GRANTED**. Plaintiff shall be awarded **$1,447,922.02** and this Court shall retain jurisdiction to award prevailing party attorney's fees and costs.

3. Defendant's Motion to Modify Appraisal Award, (ECF No. 174), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of June, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record